# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03130

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AIR METHODS CORPORATION,

    Defendant.

## COMPLAINT FOR CIVIL PENALTIES

The United States of America seeks to recover civil penalties pursuant to 49 U.S.C. § 46301(a) for Air Methods Corporation's violations of Federal Aviation Administration ("FAA") regulations, arising out of the company's operation of an emergency-services helicopter on 51 flights after having been notified by the FAA that the helicopter's pitot-tubes—parts necessary to determine airspeed—were "severely corroded."

## JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction over this action pursuant to 49 U.S.C. § 46301, 49 U.S.C. § 46305, 49 U.S.C. § 46107, 28 U.S.C. § 1331, and 28 U.S.C. § 1345.

2.     Venue is appropriate in the District of Colorado pursuant to 28 U.S.C. § 1395(a) and 28 U.S.C. § 1391(b) because this is a district in which Defendant can be found, resides, and transacts business.

## PARTIES

3. Plaintiff is the United States of America, which has acted through its agency the FAA. The FAA regulates the operation of aircraft within the United States pursuant to Title 49 of the United States Code.

4. Defendant, Air Methods Corporation ("AMC"), is an air medical transport services provider, based in Greenwood Village, Colorado. According to its website, AMC provides lifesaving care to patients, including by transporting patients in critical condition to trauma centers. AMC holds and at all times relevant to this action held a certificate, Air Carrier Certificate No. QMLA253U, issued by the FAA under 14 C.F.R. Part 135, authorizing AMC to operate as an on-demand air carrier with nine passengers or fewer for compensation or hire.

## FACTUAL ALLEGATIONS

5. AMC owns and operates an Airbus EC-135 helicopter, with civil registration number N527BF.

6. On November 4, 2014, an FAA Aviation Safety Inspector ("ASI") from the Denver Flight Standards District Office ("FSDO") performed a ramp inspection of aircraft N527BF at an airbase in Tampa, Florida.

7. During this inspection the ASI observed that the helicopter's pitot tubes were severely corroded.

8. A pitot tube is a component of the pressure measurement system used to determine an aircraft's airspeed. If a pitot tube is not functioning properly, including due to corrosion, it can cause the airspeed reflected on a helicopter's instruments to vary significantly from the actual airspeed.

9. This effect of improperly functioning pitot tube(s) can, in turn, present significant safety risks. For example, on or around September 12, 2013, according to a Service Difficulty Report submitted to the FAA by AMC, AMC was operating an EC-135 helicopter when the aircraft's "airspeed suddenly indicated 30 [knots] higher than what was real. Upper modes of the auto pilot would not function . . . ." AMC identified the helicopter's pitot tubes as the cause of these service difficulties. AMC's maintenance records reflect that "[b]oth pilot and co-pilot pitot tubes are burnt and corroded. Pilot's pitot tube is completely plugged and the co-pilot['s] pitot tube is partially restricted."

10. During his inspection on November 4, 2014, the ASI notified the AMC pilot on duty about the corroded condition of the pitot tubes on aircraft N527BF and asked the pilot to inform AMC's base mechanic.

11. The ASI also took photographs of the corroded pitot tubes, including the photographs attached hereto as Exhibit 1.

12. The following day, on November 5, 2014, the Principal Maintenance Inspector ("PMI") from the Denver FSDO notified AMC's Director of Maintenance via telephone and email about the "severely corroded" condition of the pitot tubes.

13. From the time that the FAA first notified AMC of the corroded pitot tubes, on November 4, 2014, through November 11, 2014, AMC operated aircraft N527BF on 51 flights.

14. AMC did not repair or replace the corroded pitot tubes prior to these 51 flights, despite having been notified by the FAA that the pitot tubes were severely corroded.

15. The maintenance manual for Airbus EC-135 helicopters directs operators to inspect pitot tubes for corrosion, replace damaged pitot tubes, and remove corrosion.

16. AMC replaced the corroded pitot tubes on aircraft N527BF on November 12, 2014.

## VIOLATIONS OF LAW

17. As a result of its operation of the 51 flights alleged above, AMC operated aircraft N527BF in violation of FAA regulations, including but not limited to one or more of the following:

   a. 14 C.F.R. § 135.25(a)(2), which provides, in relevant part, that "no certificate holder may operate an aircraft under this part unless that aircraft . . . (2) is in an airworthy condition and meets the applicable airworthiness requirements of this chapter . . . ."

      o To be "airworthy," an aircraft must conform to its type design approved under its type certificate, and be in a condition for safe operation.

   b. 14 C.F.R. § 135.413(a), which provides that "[e]ach certificate holder is primarily responsible for the airworthiness of its aircraft, including airframes, aircraft engines, propellers, rotors, appliances and parts, and shall have its aircraft maintained under this chapter, and shall have defects repaired between required maintenance under part 43 of this chapter."

   c. 14 C.F.R. § 91.13(a), which provides that "[n]o person may operate an aircraft in a careless or reckless manner so as to endanger the life or property of another."

## CLAIM FOR CIVIL PENALTIES

18. Pursuant to 49 U.S.C. § 46301(a)(1) and (2), AMC is liable to the United States Government for a civil penalty of not more than $27,500 for each flight operated in violation of FAA regulations.[1]

19. As a result of the conduct alleged above, AMC is liable to the United States Government for civil penalties for each of the 51 flights of aircraft N527BF operated by AMC between the time the FAA first notified AMC of the severely corroded pitot tubes on November 4, 2014, and the time AMC finally replaced the corroded pitot tubes on November 12, 2014.

## PRAYER FOR RELIEF

WHEREFORE, the United States respectfully requests that this Court:

A. enter judgment in favor of the United States and against Defendant;

B. declare that the conduct alleged above was in violation of applicable FAA regulation(s);

C. assess civil penalties against AMC for each flight operated by AMC in violation of FAA regulations, with interest to the maximum extent allowed by law; and

D. grant such other relief as the Court may deem just, equitable, and proper.

---

[1] The statute originally set the maximum penalty for large carriers such as AMC at $25,000 per violation. At the time of the alleged violations in November 2014, the maximum penalty amount had increased to $27,500 pursuant to the Federal Civil Penalties Inflation Adjustment Act of 1990, Public Law (Pub. L.) 101-410, as amended by the Debt Collection Improvement Act of 1996, Public Law 104-134. The maximum amounts have since increased to $32,666 per violation.

## JURY DEMAND

The United States demands a trial by jury of all issues so triable pursuant to 49 U.S.C. § 46305 and Federal Rule of Civil Procedure 38.

Dated: November 4, 2019

Respectfully submitted,

JASON R. DUNN
United States Attorney

*s/ Ian J. Kellogg*
Ian J. Kellogg
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
Telephone: 303-454-0278
E-mail: ian.kellogg@usdoj.gov

Counsel for the United States